UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ROMANCORREA,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE; FNU SULLIVAN,<br><br>Defendants. | **Case No. 1:20-cv-00242-JLT-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. 22)** |

The magistrate judge issued a findings and recommendations recommending that the district court dismiss Plaintiff's second amended complaint, arising under 42 U.S.C. § 1983, because it fails to state a claim. (Doc. 22.) The findings and recommendations notified the parties that any objections to were due within fourteen days. (*Id.* at 1, 8.) Plaintiff did not file any objections and the time to do so has expired. (*See* docket.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on November 22, 2022 (Doc. 2) are **ADOPTED IN FULL**.

2. The Clerk of Court shall terminate any pending motions, close this case, and enter

judgment against plaintiff.

IT IS SO ORDERED.

Dated:   **January 4, 2023**

_____
UNITED STATES DISTRICT JUDGE